**Order entered June 4, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00218-CR

**TOBY FRANCIS TRACY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-39255-M**

## ORDER

The reporter's record, requested on February 19, 2019, was due March 12, 2019. When it was not filed, we notified court reporter Belinda Baraka by postcard dated March 14, 2019 that it was overdue and directed her to file the reporter's record by April 15, 2019. The record was not filed. We then ordered Ms. Baraka to file it by May 19, 2019 and cautioned her that the failure to do so would result in the Court taking whatever remedies it has available to ensure this appeal proceeds in a more timely fashion, which may include ordering that she not sit as a court reporter until the complete reporter's record is filed. To date, the reporter's record has not been filed and we have had no communication from Ms. Baraka.

We **ORDER** that court reporter Belinda Baraka **NOT SIT** as a court reporter until she has filed the complete reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, court reporter, 194th Judicial District Court; to the Dallas County Auditor's Office; and to counsel for all parties.


/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE